IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>MULKERIN HOLDINGS, LLC,<br>                               *Debtor*<br><br>KINSLEY EQUITIES II LIMITED PARTNERSHIP,<br>                               *Movant*<br>         v.<br><br>MULKERIN HOLDINGS, LLC,<br>                               *Respondent* | Chapter 11<br><br>No. 23-02569-HWV<br><br><br><br>MOTION FOR RELIEF |

**MOTION OF KINSLEY EQUITIES II LIMITED PARTNERSHIP
FOR RELIEF FROM THE AUTOMATIC STAY OF
SECTION 362 OF THE BANKRUPTCY CODE**

Movant, Kinsley Equities II Limited Partnership ("Kinsley"), by and through its counsel, Barley Snyder LLP, hereby moves this Honorable Court for relief from the automatic stay of Section 362 of the United States Bankruptcy Code, and for entry of an Order authorizing Kinsley to exercise its rights and remedies under state law with regard to the Premises described below, and in support thereof avers as follows:

1. Kinsley is a Pennsylvania limited partnership with a principal place of business located at 6259 Reynolds Mill Road, Seven Valleys, PA 17360.

2. Kinsley is the owner of the real estate known as 3735 Board Road, York, PA 17406 (the "Premises").

3. Kinsley is a creditor in the above-captioned Chapter 11 bankruptcy case.

11174406.1

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.

5. This matter is a core proceeding within the meaning of 28 U.S.C. § 157.

6. This Court is the proper venue for this proceeding pursuant to 28 U.S.C. §§ 1408 and 1409.

7. The statutory predicate for the relief requested herein is 11 U.S.C. §§ 362, and Fed. R. Bankr. P. 4001(a).

8. In November 2022, Debtor leased the Premises from Kinsley pursuant to a certain Lease Agreement (the "Lease").

9. Debtor has possession of the Premises and continues to maintain possession of the Premises without paying any rent therefor.

10. Debtor has not paid any rental or operating sums that were due Kinsley for Debtor's occupation of the Premises under the Lease since January 2023.

11. On August 18, 2023, Kinsley caused judgment to be entered by confession against Debtor in the Court of Common Pleas of York County, docketed at No. 2023-NO-004856, for possession of the Premises and for monetary damages.

12. On October 26, 2023, the York County Sheriff scheduled the eviction of the Debtor from the Premises for November 13, 2023.

13. On November 9, 2023, in an effort to thwart the eviction, Debtor filed a voluntary petition (the "Petition") under Chapter 11 of the United States Bankruptcy Code.

14. The Debtor's Petition is defective because it was not signed by an attorney, it was filed *pro se,* Debtor failed to pay the Chapter 11 filing fee, and/or submit the required Schedules, Statements or Forms.

15. As of the date hereof, the Debtor remains in possession of the Premises.

16. While the Debtor remains in the Premises, Kinsley is being deprived of the use of the Premises and the ability to otherwise exercise its rights as owner thereof.

17. As a result of Debtor's failure to make rental payments to Movant, the Debtor will not be able to provide Movant with adequate protection, and sufficient cause exists for granting of the relief sought herein.

18. Movant requests that if relief is granted that Federal Rule of Bankruptcy Procedure 4001(a)(3) be waived.

19. The Movant will suffer irreparable harm, loss, injury and damage if Movant is not granted the relief requested in this Motion.

20. Accordingly, the Automatic Stay of 11 U.S.C. Section 362 should be modified and vacated so as to permit the Movant to immediately exercise its rights and remedies with respect to the Premises.

WHEREFORE, Movant, Kinsley Equities II Limited Partnership, respectfully requests that this Court enter an Order, substantially in the form of the attached Proposed Order, lifting the Automatic Stay imposed by Section 362 of the Bankruptcy Code and allowing the Movant to immediately exercise its rights and remedies with respect to the Premises being located at **3735 Board Road, York, York County, Pennsylvania,** under state law, including, possession of the

Premises without application of Rule 4001(a)(3), and granting such other and further relief as the Court deems just.

                                                Respectfully submitted,

                                                BARLEY SNYDER LLP

Date: November 16, 2023                By:    /s/ Eden R. Bucher
                                                                 Eden R. Bucher, Esquire
                                                                 Attorney I.D. No. 66626
                                                                 2755 Century Boulevard
                                                                 Wyomissing, PA 19610
                                                                 (610) 372-3500